**POGO PRODUCING COMPANY, LLC, Plaintiff–Appellee**

v.

**Kem Anthony MOORE, Defendant– Appellant.**

**No. 07–20391**
**Summary Calendar.**

United States Court of Appeals, Fifth Circuit.

Feb. 25, 2008.

Michael Chenier Sanders, Burleson Cooke LLP, Houston, TX, for Plaintiff–Appellee.

Kem Anthony Moore, Pearland, TX, pro se.

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

The Memorandum and Order of the District Court entered November 30, 2006,

---

* Pursuant to 5TH CIR. R. 47.5, the court has

determined that this opinion should not be

2006 WL 3484279, granting partial summary judgment in favor of Pogo Producing Company, LLC ("Pogo") is affirmed for essentially the same reasons given by the District Court. The Memorandum and Order of the District Court entered April 17, 2007, 2007 WL 1144613, granting partial summary judgment in favor of Pogo and enjoining Moore is affirmed for essentially the same reasons given by the District Court.

AFFIRMED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.